IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-16 (MTT) |
| | ) |
| JOSHUA DEON ROSS and | ) |
| EBONI POINTDEXTER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term. Doc. 34. The defendants, along with co-defendant Kenyatta Jackson, were indicted on March 12, 2024, and the defendants had their arraignment in this Court on April 9, 2024. Docs. 1; 22; 26. Co-defendant Jackson has not yet been arraigned. One prior continuance has been granted. Doc. 32. The government now moves the Court to continue this case to the next trial term to allow additional time for the parties to assess the need for discovery, file any appropriate motions, and complete any plea negotiations aimed at a possible resolution of the case. Doc. 34 ¶ 3. The defendants do not oppose the motion. *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motion (Doc. 34) is **GRANTED**. The case is continued from the July term until the Court's next trial term presently scheduled for **September 16, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 28th day of June, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
