## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-16 (MTT) |
| | ) |
| JOSHUA DEON ROSS and | ) |
| EBONI POINDEXTER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term. Docs. 37; 38. Defendants Ross and Poindexter were indicted, along with co-defendant Kenyatta Jackson, on March 12, 2024, and had their arraignments in this Court on April 9, 2024. Docs. 1; 22; 26. Co-defendant Jackson has not yet been arraigned. Two prior continuances have been granted. Docs. 32; 35. The government now moves the Court to continue this case to the next trial term to allow additional time for the parties to assess the case, file any appropriate motions, and engage in plea negotiations aimed at a possible resolution of the case. Docs. 37 ¶ 2; 38 ¶ 2. The defendants do not oppose the motion. Docs. 37 at 1; 38 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motions (Docs. 37; 38) are **GRANTED**. The case is continued from the September term until the Court's next trial term presently scheduled for **November 4, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of August, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
